USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Eastern _____ DISTRICT OF __ New York _____

UNITED STATES OF AMERICA
V.

ALEXANDER GIL

CRIMINAL NUMBER:

20-CR-121

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

# 20 CRIM 644

I, Alexander Gil _____, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead Guilty _____ to the offense charged, to consent to the disposition of the case in the Southern _____ District of New York _____ in which I, am under arrest _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: July 21, __ 20 20

/s/ *Alexander Gil* by RLC with permission of client
(Defendant)

(Witness)

(Counsel for Defendants)

(Assistant United States Attorney)

Approved

United States Attorney for the
Eastern _____ District of
New York

United States Attorney for the
Southern _____ District of
New York /sM