

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2020

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *United States v. Alexander Gil*, 20 Cr. 644

Dear Judge Berman:

    The Government writes to respectfully request that the Court schedule a conference in the above-captioned matter for a date in late January or early February 2021, and exclude time under the Speedy Trial Act through the date of the next scheduled conference.

    The defendant, through defense counsel, has indicated to the Government that he intends to accept a plea agreement extended by the Government and enter a change of plea to a superseding information. This Court referred the proceeding to Magistrate's Court; the requested proceeding is anticipated to take place in early January 2021. Given the foregoing, the Government requests that the Court schedule a conference for a date that will follow that proceeding, and exclude time up to that date.  Exclusion of time under the Speedy Trial Act will provide the parties sufficient time to reach a pre-trial disposition; therefore, the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(7)(A).  The Government has consulted with defense counsel, who consents to the request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Sarah Mortazavi
    Assistant United States Attorney
    (212) 637-2520

---

Conference is scheduled for Thursday, February 4, 2021 at 9:00 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 12/15/2020
*Richard M. Berman*
Richard M. Berman, U.S.D.J.