UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                  **ORDER**

      -against-                                        S1 20 **CR.** 644  (RMB)

ALEXANDER GIL,

                         Defendant.
------------------------------------------------------------X

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on January 7, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that ALEXANDER GIL's  guilty plea is accepted;

      IT IS HEREBY FURTHER ORDERED that the conference scheduled for February 4, 2021 is vacated and the sentence is scheduled for April 20, 2021 at 11:00 am.  Defense sentencing submission is due April 6, 2021 and the Government sentencing submission is due April 13, 2021.

Dated: New York, New York
        February 3, 2021

                                             _____
                                             **RICHARD M. BERMAN, U.S.D.J.**