**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007

Re:   United States v. Alexander Gil
      20 Cr. 644 (RMB)

Dear Judge Berman:

    I am the attorney for Alexander Gil, the defendant in the above-captioned case, and write to request a thirty-day adjournment of the sentencing proceeding, which is currently scheduled for April 20, 2021.  Per this Court's order, the sentencing submission is due April 6, 2021.  In this case, however, we are still awaiting various documents that will enable us to effectively represent Mr. Gil at sentencing.

    I have conferred with AUSA Sarah Mortazavi and she does not object to this thirty-day adjournment.  This is the first request for an adjournment of sentencing.  Thank you for your consideration of this request.

Respectfully Submitted,

*Marisa K. Cabrera*

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.:  (212) 417-8730

---

Application granted. Sentencing adjourned to May 25, 2021 at 9:00 AM. Defense submission is due 5/11/21. Government submission is due 5/18/21.

SO ORDERED:
Date: 4/6/21

Richard M. Berman, U.S.D.J.