# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
New York, New York 10007

**Re:     United States v. Alexander Gil**
        **20 Cr. 644 (RMB)**

Dear Judge Berman:

> Sentence is adjourned to 6/24/21 at 9:00 am.
> Defense submission is due 6/9/21.
> Government submission is due 6/16/21.
>
> SO ORDERED:
> Date: 5/11/21
> Richard M. Berman, U.S.D.J.

I am the attorney for Alexander Gil, the defendant in the above-captioned matter. I write to request a thirty-day adjournment of the sentencing hearing currently scheduled for May 25, 2021. Per this Court's order, the sentencing submission is due May 11, 2021. In this case, however, we are still awaiting various documents that will enable us to effectively represent Mr. Gil at sentencing.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:    AUSA Sarah Mortazavi (by ECF)