**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                Government,

       -against-

ALEXANDER GIL,

                Defendant.

-----------------------------------------------------------X

20 CR. 644 (RMB)

**<u>ORDER</u>**

The sentencing scheduled for Thursday, June 24, 2021 at 9:00 AM will be held by video, via CourtCall.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 67812309#
    PIN: 9921299#

Dated: June 21, 2021
       New York, NY

                            RICHARD M. BERMAN
                                U.S.D.J.