

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2021

**By ECF**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Alexander Gil,* 20 Cr. 644

Dear Judge Berman:

The Government writes to the Court with respect to the above-captioned case. The defendant was sentenced on June 24, 2021; during the sentencing proceeding, due to an oversight, the Government neglected to move to dismiss the underlying Indictment originally filed in the U.S. District Court for the Eastern District of New York charging the defendant with one count of illegal reentry, which was the operative Indictment at the time this matter was transferred to this District. The Government now moves to dismiss the initial one-count Indictment referenced herein, given that the defendant has already been convicted and sentenced to the Superseding Information the parties have entered into pursuant to a plea agreement.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s Sarah Mortazavi
Sarah Mortazavi
Assistant United States Attorney
(212) 637-2520

Application granted.

SO ORDERED:
Date: 6/25/21

Richard M. Berman, U.S.D.J.